| | | |
|---|---|---|
| People v Gil | 2d Dept: 141 AD3d 543 (Suffolk) | denied 10/4/16 (Pigott, J.) |
| People v Gilford | 1st Dept: 140 AD3d 547 (NY) | denied 10/11/16 (Garcia, J.) |
| People v Gonzalez (David) | 2d Dept: 142 AD3d 717 (Kings) | denied 10/21/16 (Garcia, J.) |
| People v Gonzalez (Romualdo) | App Div, 1st Dept: 2011 NY Slip Op 91566(U) (NY) | denied 10/11/16 (Pigott, J.) |
| People v Gonzalez (Romualdo) | App Div, 1st Dept: 2011 NY Slip Op 91567(U) (NY) | dismissed 10/11/16 (Pigott, J.) |
| People v Graves | 2d Dept: 142 AD3d 559 (Kings) | denied 10/11/16 (Garcia, J.) |
| People v Green | 2d Dept: 141 AD3d 544 (Queens) | denied 10/4/16 (Pigott, J.) |
| People v Greenleaf | App Div, 3d Dept: 2016 NY Slip Op 81574(U) (Broome) | denied 10/11/16 (Fahey, J.) |
| People v Hamilton | App Div, 2d Dept: 2016 NY Slip Op . 83131(U) (Kings) | dismissed 10/27/16 (Rivera, J.) |
| People v Harris (Eric) | 4th Dept: 138 AD3d 1513 (Seneca) | denied 10/11/16 (Garcia, J.) |
| People v Harris (Fred) | App Div, 2d Dept: 2016 NY Slip Op 80387(U) (Kings) | dismissed 10/27/16 (Abdus-Salaam, J.) |
| People v Harwood | 3d Dept: 139 AD3d 1186 (Schenectady) | denied 10/24/16 (Garcia, J.) |
| People v Hollenquest | 2d Dept: 139 AD3d 873 (Queens) | denied 10/17/16 (Garcia, J.) |
| People v Huffman | 4th Dept: 140 AD3d 1780 (Erie) | denied 10/4/16 (Pigott, J.) |
| People v Izzo | App Div, 3d Dept: 2016 NY Slip Op 78513(U) (Franklin) | denied 10/24/16 (Fahey, J.) |
| People v James (Andrew) | App Div, 2d Dept: 2016 NY Slip Op 81925(U) (Kings) | dismissed 10/26/16 (Rivera, J.) |
| People v James (Antonio) | 4th Dept: 141 AD3d 1113 (Monroe) | denied 10/4/16 (Pigott, J.) |
| People v Johnson (Howard) | 4th Dept: 140 AD3d 1630 (Monroe) | denied 10/4/16 (Pigott, J.) |
| People v Johnson (Laquin) | 2d Dept: 140 AD3d 1188 (Westchester) | denied 10/4/16 (Pigott, J.) |
| People v Johnson (Matthew) | App Div, 3d Dept: 2016 NY Slip Op 68277(U) (Tompkins) | denied 10/11/16 (Fahey, J.) |
| People v Johnston | 3d Dept: 140 AD3d 1528 (Franklin) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Kerce | 4th Dept: 140 AD3d 1659 (Onondaga) | denied 10/4/16 (Pigott, J.) |